AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

FILED
John E. Triplett, Acting Clerk
United States District Court

By MGarcia at 1:03 pm, Jul 23, 2020

GREGORY BARTKO

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 2:20CV6

LINDA GETER

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court dated July 22, 2020; the Report and Recommendations of the Magistrate Judge is ADOPTED as the opinion of this Court. The Court DISMISSES Bartko's Petition and DENIES Petitioner in forma pauperis status on appeal. This civil action stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE

Date: July 23, 2020

John Triplett, Acting Clerk of Court
Clerk

Megan Garcia
(By) Deputy Clerk

GAS Rev 10/1/03